IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS A. ALEMAN, et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S STIPULATED MOTION TO CONTINUE DEADLINES AND/OR DATES<br><br><br>Case No. 2:11-CR-600 TS |

Defendant moves to continue the September 19, 2011 trial because "counsel has recently been appointed by the court and is still in the process of obtaining discovery in this case."[1] The government has no objection.

The Court finds that Defendant has not provided sufficient information for the Court to grant a continuance as requested. As the Tenth Circuit has explained:

> Our decisions . . . indicate that the record, which includes the oral and written statements of both the district court and the moving party, must contain an

---

[1] Docket No. 19.

1

explanation of why the mere occurrence of the event identified by the party as necessitating the continuance results in the need for additional time. A record consisting of only short, conclusory statements lacking in detail is insufficient. . . . Simply identifying an event, and adding the conclusory statement that the event requires more time for counsel to prepare, is not enough.[2]

In *United States v. Larson*,[3] the Tenth Circuit further explained what is insufficient for the Court to make the required ends-of-justice findings necessary to exclude time. As in *Larson*, in the present case there is no information on "how much time defense counsel need[s] to prepare for trial and what preparations he has already made."[4] Without this type of information, the Court can not "adequately determine whether denying the continuance would deprive defense counsel of the 'reasonable time necessary for effective preparation, taking into account *the exercise of due diligence*.'"[5] It is therefore

ORDERED that Defendant's Stipulated Motion to Continue Deadlines and/or Dates (Docket No. 38) is DENIED WITHOUT PREJUDICE.

DATED   August 18, 2011.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[2]*United States v. Toombs*, 574 F.3d 1262, 1271-72 (10th Cir. 2009) (footnote and citations omitted).

[3]627 F.3d 1198 (10th Cir. 2010).

[4]*Id*. at 1207.

[5]*Id*. (quoting 18 U.S.C. § 3161(h)(7)(B)(iv)) (emphasis added in *Larson*).